STATE v. IVEY

No. 501A98

Case below: Robeson County Superior Court

Motion by defendant to withdraw proposed record on appeal denied 18 January 2001 without prejudice to defendant's right to refile his motion based upon the outcome of defendant's review of the existing proposed record, or to file an amended record or a substituted proposed record. Without objection by the State, defendant is granted an extension of time to and including 15 February 2001 to investigate the circumstances of the preparation of the transcript of the trial and to file any such motion or record. The State shall respond to any such motion or filing by defendant on or before 22 March 2001.

STATE v. JAMES

No. 536P00

Case below: 140 N.C. App. 387

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 February 2001.

STATE v. JENKINS

No. 81P01

Case below: 141 N.C. App. 351

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 March 2001.

STATE v. KELLY

No. 529P00

Case below: 140 N.C. App. 387

Notice of appeal by defendant pro se pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 1 February 2001. Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 1 February 2001.